**FOR THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DARLA SEAWRIGHT,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION 4:24-cv-01005** |
| **WAL-MART STORES, INC., WAL-MART STORES TEXAS, LLC, WAL-MART.COM USA LLC, SAM'S EAST, INC. d/b/a SAM'S CLUB** *Defendants.* | § | |

**INDEX OF DOCUMENTS FILED IN STATE COURT**

1. Plaintiff's Original Petition, filed September 17, 2024;
2. Citation issued to Wal-Mart Stores Inc., filed September 17, 2024;
3. Citation issued to Wal-Mart Stores Texas, LLC., filed September 17, 2024;
4. Citation issued to Wal-Mart.com USA LLC., filed September 17, 2024;
5. Citation issued to Sam's East, Inc., filed September 17, 2024;
6. Citation issued on Sam's Real Estate Business Trust., filed September 17, 2024;
7. Affidavit of Service from Wal-Mart Stores Texas Inc., filed September 24, 2024;
8. Affidavit of Service from Wal-Mart Stores Inc., filed September 24, 2024;
9. Affidavit of Service from Sam's East, Inc., filed September 24, 2024;
10. Affidavit of Service from Walmart.com USA LLC., filed September 24, 2024;
11. Affidavit of Service from Sam's Real Estate Business Trust., filed September 24, 2024;
12. Return of Service from Wal-Mart Stores Texas, LLC., filed September 24, 2024;
13. Return of Service from Wal-Mart Stores Inc., filed September 24, 2024;
14. Return of Service from Sam's East, Inc., Wal-Mart.com USA LLC., filed September 24, 2024;
15. Return of Service from Wal-Mart.com USA LLC., filed September 24, 2024;

16. Return of Service from Sam's Real Estate Business Trust., filed September 24, 2024;

17. Defendants' Original Answer., filed October 14, 2024;

18. Plaintiff's Notice of Partial Non-Suit Suiting Only Plaintiff's Claims Against Defendant Sam's Real Estate Business Trust, filed October 18, 2024; and

19. Proposed Order Granting Plaintiff's Notice of Partial Non-Suit Suiting Only Plaintiff's Claims Against Defendant Sam's Real Estate Business Trust, filed October 18, 2024.

Respectfully submitted,

By: ______________________________

**DAVID A. JOHNSON**
Texas Bar No. 24032598
djohnson@cowlesthompson.com
**HELEN H. EMERSON**
Texas Bar No. 24092556
hemerson@cowlesthompson.com
**FRANKIE PICONE**
Texas Bar No. 24126430
fpicone@cowlesthompson.com

**COWLES & THOMPSON, P.C.**
901 Main Street, Suite 3900
Dallas, TX 75202-3746
(214) 672-2000
(214) 672-2020 (Fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 18th day of October 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

______________________________

**DAVID A. JOHNSON**